# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

**MARY L. HOPWOOD,**

                        Plaintiff,

vs.                                          Case No. 2:12-CV-04238-BCW

**STATE OF MISSOURI,**

                        Defendant.

## VOLUNTARY DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff, through counsel, voluntarily dismisses her claims against Defendant without prejudice. Counsel for Defendant Robert Presson has consented to the dismissal and each party has agreed to bear its own costs.

        **DOUGLAS, HAUN & HEIDEMANN, P.C.**
        111 West Broadway, P.O. Box 117
        Bolivar, Missouri 65613
        Telephone: (417) 326-5261
        Facsimile: (417) 326-2845
        cheidemann@bolivarlaw.com

          /s/ Craig R. Heidemann
By_____
        Craig R. Heidemann
        Missouri Bar No. 42778
        Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

    Joanna Trachtenberg
    Missouri Assistant Attorney General
    PO Box 899
    Jefferson City MO 65102

Robert Presson
Missouri Assistant Attorney General
PO Box 899
Jefferson City MO 65102

                              **DOUGLAS, HAUN & HEIDEMANN, P.C.**

                              By      /s/ Craig R. Heidemann

**DHH File No. 14749-004**