IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| MARY HOPWOOD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:12-CV-04238-BCW |
| ) | |
| STATE OF MISSOURI ) | |
| ATTORNEY GENERAL, ) | |
| ) | |
| Defendant. ) | |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY ORDERED pursuant to Fed. R. Civ. P. 41 and Plaintiff's Voluntary Dismissal (Doc. #19), the above-entitled matter including all claims and counterclaims is dismissed without prejudice, with each party to bear its own costs. It is

ORDERED the matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

DATED: October 24, 2012

/s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT